# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TYPENEX CO-INVESTMENT, LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLUMBIA STOCK TRANSFER COMPANY, an Idaho corporation,<br><br>Defendant. | Case No. 2:14-CV-377-BLW<br><br>**ORDER TO STAY ACTION IN ANTICIPATION OF DISMISSAL** |

Pursuant to the stipulation of the parties Plaintiff, Typenex Co-Investment, LLC and Defendant, Columbia Stock Transfer Company,

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 16) is APPROVED, and this action is STAYED pending the outcome in the United States District Court for the Northern District of Illinois, *Typenex Co-Investment, LLC v Solar Wind Energy Tower, Inc.*, 14-CV-6846, wherein it is anticipated that Plaintiff will amend that Complaint to include claims against Defendant Columbia Stock Transfer Company at which time this action will be dismissed.

DATED: January 12, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court